UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEMAR RHOME,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RON FRAKER,<br><br>　　　　Respondent. | Case No. 09-cv-00085-RSL-JPD<br><br>ORDER DENYING PETITIONER'S *PRO SE* MOTIONS WITHOUT PREJUDICE |

This matter comes before the Court *sua sponte* upon the Court's order appointing the Office of the Federal Public Defender to represent Petitioner in this § 2254 habeas action. *See* Dkt. No. 25. Prior to the Court's appointment of counsel, Petitioner filed a number of miscellaneous motions in this action *pro se*. *See* Dkt. Nos. 5, 6, 7, 9, 10, 11, 18, and 19. However, because the Court has now ordered the appointment of counsel, the Court hereby ORDERS as follows:

　　　(1)　Petitioner's motion for court order to be released from custody, Dkt. No. 5; motion for an evidentiary hearing and order to be transferred to an evidentiary hearing, Dkt. No. 6; motion for 180-day competency evaluation at Western State Hospital, Dkt. No. 7; motion for a free copy of murder case file and additional documents, Dkt. No. 9; motion for

ORDER
PAGE - 1

suspension of sentence for six months and release to Western State Hospital, Dkt. No. 10; motion for competency trial and to be present at competency trial, Dkt. No. 11; motion to be transferred to Western State Hospital for 180-day competency evaluation, Dkt. No. 18; and motion for competency trial in U.S. District Court, Dkt. No. 19, are DENIED WITHOUT PREJUDICE. Should counsel for Petitioner later determine that any of the matters included in Petitioner's *pro se* motions should be decided by the Court, counsel will be permitted to re-file the motion(s).

(2) The Clerk of the Court is directed to send copies of this Order to the Office of the Federal Public Defender, counsel for Respondent, and the Honorable Robert S. Lasnik.

DATED this 24th day of March, 2009.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge