1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
9                             AT SEATTLE

10   DEMAR RHOME,                          Case No.  09-cv-00085-RSL-JPD

11              Petitioner,                ORDER GRANTING STIPULATED
                                           MOTION FOR EXTENSION OF TIME
12        v.                               TO FILE ANSWER TO PETITION FOR
                                           WRIT OF HABEAS CORPUS
13   RON FRAKER,

14              Respondent.

15

16

17          This matter comes before the Court on the parties' stipulated motion for extension of

18   time for Respondent to file an answer to Petitioner's § 2254 petition for writ of habeas corpus.

19   Dkt. No. 26.

20          On January 21, 2009, Petitioner filed his § 2254 petition, which challenges his March

21   2006 conviction for first degree murder in King County Superior Court.  Dkt. No. 1.  On

22   February 3, 2009, this Court entered an order directing service and answer.  Dkt. No.

23   12.  On February 9, 2009 this Court entered an order referring the case to the Office of

24   the Federal Public Defender for review.  Dkt. No. 14.  On March 5, 2009, the Federal

25   Public Defender filed its notice of intent to seek appointment of counsel, Dkt. No. 23,

26   and motion to appoint counsel, Dkt. No. 24.  On March 6, 2009, this Court entered an

ORDER
PAGE - 1

1  order granting the motion and appointing the Federal Public Defender to represent
2  Petitioner.  Dkt. No. 25.

3       Counsel for the parties have since communicated and counsel for Respondent
4  has advised that he needs additional time to obtain and review the voluminous state
5  court record regarding Petitioner before filing Respondent's answer.  In addition,
6  counsel for Petitioner has advised that he needs additional time to review the state court
7  record and to likely file an amended § 2254 petition.  Once an amended petition is filed,
8  Respondent could then answer the amended petition, rather than filing both an answer and an
9  amended answer.

10       Accordingly, the parties' stipulated motion for extension of time for Respondent to file
11  an answer to Petitioner's § 2254 petition for writ of habeas corpus, Dkt. No. 26, is GRANTED.
12  Respondent shall have until **June 22, 2009** to file an answer to Petitioner's § 2254 petition
13  and/or amended § 2254 petition.

14       DATED this 24th day of March, 2009.

15

16                                            _____
17                                    JAMES P. DONOHUE
                                  United States Magistrate Judge

18

19

20

21

22

23

24

25

26