UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEMAR RHOME, | Case No. 09-cv-0085-RSL-JPD |
| Petitioner, | ORDER GRANTING UNOPPOSED MOTION TO LIFT STAY OF FEDERAL HABEAS PROCEEDINGS FOR THE LIMITED PURPOSE OF FILING AMENDED PETITION FOR WRIT OF HABEAS CORPUS |
| v. | |
| RON FRAKER, | |
| Respondent. | |

The Court, having reviewed Petitioner's Unopposed Motion to Lift Stay of Federal Habeas Proceedings for the Limited Purpose of Filing Amended Petition for Writ of Habeas Corpus, and the records and files herein,

HEREBY ORDERS that the motion, Dkt. No. 32, is GRANTED. The stay is hereby lifted for the limited purpose of permitting Petitioner to file an Amended Petition for Writ of Habeas Corpus. Once the Amended Petition is filed, the stay remains in full force and effect until 30 days after final resolution of Petitioner's pending state court post-conviction proceedings, in accordance with this Court's Order, Dkt. No. 30.

In addition, the Clerk is directed to file Dkt. No. 33 under seal, as it contains an unredacted personal data identifier (the psychologist's social security number) in

ORDER GRANTING UNOPPOSED
MOTION TO LIFT STAY - 1

violation of Local Rule CR 5.2(a). The parties are reminded to comply with Local Rule CR 5.2(a) for all future filings.

DATED this 10th day of November, 2009.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge