UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| DEMAR RHOME, | | |
| | Petitioner, | Case No. C09-85-RSL |
| v. | | |
| RON FRAKER, | | ORDER DENYING AMENDED PETITION FOR WRIT OF HABEAS CORPUS |
| | Respondent. | |

The Court, having reviewed the Report and Recommendation of James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's amended petition for writ of habeas corpus (Dkt. No. 35) is DENIED and this action is DISMISSED with prejudice.

(3) In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is GRANTED with respect to each of petitioner's claims for relief.

ORDER DENYING AMENDED PETITION
FOR WRIT OF HABEAS CORPUS - 1

(4) The Clerk is directed to send copies of this Order to all counsel of record and to the Honorable James P. Donohue.

Dated this 5th day of October, 2012.

*MW S Lasnik*
ROBERT S. LASNIK
United States District Judge

ORDER DENYING AMENDED PETITION
FOR WRIT OF HABEAS CORPUS - 2